# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| AQUA VITAE TRUST<br>*Plaintiff,* | §§§§§ | |
| V. | §§§ | CIVIL ACTION NO. 7:21-cv-72 |
| HANOVER INSURANCE GROUP<br>*Defendant.* | §§§§ | [JURY DEMANDED] |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant, AIX SPECIALTY INSURANCE COMPANY incorrectly named HANOVER INSURANCE GROUP (herein "AIX" or "Defendant"), and files this, its Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 as follows:

### I.   PROCEDURAL HISTORY

1. On March 22, 2021, Plaintiff, Aqua Vitae Trust, ("Plaintiff") filed its Original Petition and initiated an action against Defendant in the 238th Judicial District Court of Midland County, Texas, in Cause No. CV57478 (the "State Court Action"). *See* Exhibit "A" attached hereto and incorporated herein by reference.

2. Defendant was served on March 29, 2021, with a copy of the Summons of Citation and Plaintiff's Original Petition. *See* Exhibit "B" for a copy of the Citation attached hereto and incorporated herein by reference.

3. Defendant filed an Answer in the State Court Action on April 17, 2021. *See* Exhibit "C" attached hereto and incorporated herein by reference.

4. Defendant's Notice of Removal was filed on April 19, 2021, which is within the thirty-day statutory time period for removal allowed under 28 U.S.C. §1446(b).

## II.     FACTUAL BACKGROUND

5. AIX issued a commercial property policy to Aqua Vitae Trust ("Plaintiff") with Policy No. F1D D392517 01 (the "Policy") to insure the building located at 13500 West Highway 80 East, Odessa, Texas 79761.  Plaintiff made a claim on May 24, 2019, for property damage from hail that purportedly occurred on that same date, May 24, 2019.  AIX investigated the claim and determined it was not covered and denied the claim.  Plaintiff then filed the suit made the basis of this removal.

## III.     DIVERSITY JURISDICTION

6. Plaintiff, Aqua Vitae Trust, is a business trust whose members, upon information and belief, are located in Colorado, doing business is in Texas.  Therefore, Plaintiff is a citizen of Colorado for diversity purposes.

7. Defendant, AIX Specialty Insurance Company, is an insurer incorporated under the laws of the State of Delaware and with its principal place of business in the Commonwealth of Massachusetts.  Defendant is a citizen of those states for diversity purposes.

8. Removal is proper because there is complete diversity between the parties.

9. Venue is proper in the Western District of Texas, Midland-Odessa Division, because the Property made the subject of the suit is located within the Midland-Odessa Division.

10. The "matter in controversy" under 28 U.S.C. § 1332(a) is determined by reference to the plaintiff's pleadings.  The damages the plaintiff claims in its petition, if apparently claimed in good faith, are controlling.  *St. Paul Mercury Indem. Co. v. Red Cab Co*., 303 U.S. 283, 288 (1938).  Plaintiff has pled that it seeks damages in excess of $250,000.00 in its Petition at Paragraph No. 2.  See Exhibit "A."  Thus, the total economic damages and attorneys' fees being sought exceeds the $75,000 jurisdictional minimum amount in controversy.

## IV. INFORMATION FOR THE CLERK

11. Plaintiff: Aqua Vitae Trust

12. Defendant: AIX Specialty Insurance Company

13. The case is pending in the 238th Judicial District Court of Midland County:

    Honorable Elizabeth Byer Leonard
    Midland County District Courthouse
    500 N. Loraine Street
    Midland, TX 79701
    Telephone: (432) 68843803

14. Pursuant to 28 U.S.C. §1446(a), Defendant has attached copies of all processes and pleadings served upon it in the state court action. No further proceedings have been had therein. There are no other pleadings in state court.

15. Counsel for Plaintiff, Aqua Vitae Trust:

    Marc K. Whyte; TBN: 24056562
    WHYTE PLLC
    2101 NW Military Hwy.
    San Antonio, TX 78213
    Telephone: (210) 562-2888
    Facsimile: (210) 562-2873
    E-Mail: mwhyte@whytepllc.com

16. Counsel for Defendant, AIX Specialty Insurance Company:

    Peri H. Alkas; TBN: 00783536
    Mark Dodart; TBN: 00792286
    PHELPS DUNBAR LLP
    ONE SHELL PLAZA
    910 Louisiana, Suite 4300
    Houston, Texas 77002
    Telephone: (713) 626-1386
    Facsimile: (713) 626-1388
    E-Mail: peri.alkas@phelps.com
           mark.dodart@phelps.com

*Jury Demand*

17. Plaintiff demanded a jury trial in state court.

- 3 -

PD.33264875.1

18. Defendant demanded a jury trial in state court and requests a trial by jury in federal court as well.

*Miscellaneous*

19. On the same day this Notice of Removal was filed, Defendant filed notice of this removal in the State Court Action. A copy of this Notice of Removal filed in the State Court Action is attached as Exhibit "D" and an Index of Matters Being Filed is attached.

20. Because Plaintiff is a citizen of Colorado; Defendant is an insurer incorporated under the laws of Delaware and with its principal place of business in Massachusetts, and the amount in controversy exceeds $75,000, the Court has subject matter jurisdiction based on diversity of citizenship and residency. 28 U.S.C. §1132. As such, this removal action is proper.

WHEREFORE, Defendant respectfully requests that the above-entitled action be removed from the 238TH District Court of Midland County, Texas, to the United States District Court for the Western District of Texas, Midland-Odessa Division.

- 5 -

Respectfully submitted,

By: */s/ Peri H. Alkas*
Peri H. Alkas
ATTORNEY-IN-CHARGE
State Bar No. 00783536
Federal Bar No. 15785
PHELPS DUNBAR, LLP
ONE SHELL PLAZA
910 Louisiana, Suite 4300
Houston, Texas 77002
Telephone (713) 626-1386
Facsimile (713) 626-1388
Email:  peri.alkas@phelps.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT, AIX SPECIALTY INSURANCE**

**OF COUNSEL:**
Mark C. Dodart
TBN:  00792286
PHELPS DUNBAR, LLP
mark.dodart@phelps.com

- 6 -

## CERTIFICATE OF SERVICE

   I hereby certify that a true and correct copy of the foregoing instrument has been served upon all known counsel of record as listed below by placing a copy of same in the United States mail, certified, return receipt requested, electronically, and/or hand delivery on April 19, 2021.

| | |
|---|---|
| Marc K. Whyte<br>WHYTE PLLC<br>1045 Cheever Blvd., Suite 103<br>San Antonio, TX  78217 | <u>VIA CM/RRR:</u>  7017 2400 0000 6817 9716<br>& <u>VIA E-MAIL:</u> <u>mwhyte@whytepllc.com</u> |

             */s/ Peri H. Alkas*
             Peri H. Alkas